**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Gwendolyn R. Reddic,

     Plaintiff(s),

v.

Westgate Hotel,

     Defendant(s).

Case No. 2:26-cv-00467-APG-NJK

Report and Recommendation

Pending before the Court is an order to show cause why this case should not be dismissed without prejudice to refiling in state court. Docket No. 3. No response was filed.

The Court has a duty to ensure that it has subject matter jurisdiction over the dispute before it, an issue it may raise at any time during the proceedings. *See, e.g.*, Fed. R. Civ. P. 12(h)(3).[1] Federal courts have limited jurisdiction and possess only that power authorized by the Constitution and statute. *See Rasul v. Bush*, 542 U.S. 466, 489 (2004). "A federal court is presumed to lack jurisdiction in a particular case unless the contrary affirmatively appears." *Stock West, Inc. v. Confederated Tribes of the Colville Reservation*, 873 F.2d 1221, 1225 (9th Cir. 1989). "The party asserting federal jurisdiction bears the burden of proving that the case is properly in federal court." *McCauley v. Ford Motor Co.*, 264 F.3d 952, 957 (9th Cir. 2001) (*citing McNutt v. General Motors Acceptance Corp.*, 298 U.S. 178, 189 (1936)).

Plaintiff brings this suit arising out of allegations that she was injured by a car while in a crosswalk at Defendant's property. *See* Docket No. 1-1 at 1, 3-4. The complaint indicates that federal question jurisdiction exists, but it identifies no federal cause of action or federal issue. *See*

---

[1] Given the recommendation of dismissal for lack of subject matter jurisdiction, the Court need not otherwise analyze whether Plaintiff's case can proceed.

1

28 U.S.C. § 1331. Moreover, Plaintiff did not respond to the order to show cause explaining a jurisdictional basis for this case.

In short, subject matter jurisdiction has not been established, so the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice to refiling in state court.

Dated: March 17, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).