# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GWENDOLYN R. REDDIC,

    Plaintiff

v.

WESTGATE HOTEL,

    Defendant

Case No.: 2:26-cv-00467-APG-NJK

**Order Accepting Report and Recommendation and Dismissing Case**

[ECF No. 4]

On March 17, 2026, Magistrate Judge Koppe recommended that I dismiss this case without prejudice because plaintiff Gwendolyn Reddic did not respond to Judge Koppe's order to show cause why this case should not be dismissed for lack of subject matter jurisdiction. Reddic did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation (ECF No. 4) is accepted, and this case is dismissed without prejudice for lack of subject matter jurisdiction. The clerk of court is instructed to close this case.

DATED this 7th day of April, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE